GUSSIE LEE STUBBS, FLORENCE STEVENSON AND FANNIE M. DOSS v. SECURITY CONSUMER DISCOUNT COMPANY.

February 26, 1980.

Petition for certification granted.  (See 171 *N.J.Super.* 67)

STATE OF NEW JERSEY v. JOSEPH TROZZO AND WILLIAM PETRIZZO.

February 26, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. ANGEL LOUIS SEPULVEDA.

February 26, 1980.

Petition for certification denied.